## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS DIAZ BENAVIDEZ,

    Defendant.

CASE NO. 12cr4337 L

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

18:1542 - False Statement in Application for a United States Passport

8:1326(a) and (b) - Removed Alien found in the United States

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/14/2012

                Karen S. Crawford
                U.S. Magistrate Judge